# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| Harry K. Waymoth III,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>State of Washington,<br><br>　　　　　　Respondent. | CASE NO. 3:19-cv-05418-BHS-DWC<br><br>ORDER SUBSTITUTING RESPONDENT |

Petitioner Harry K Waymoth III, who is proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Dkt. 6. In his Petition, Petitioner named the State of Washington as Respondent. *See id.* The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his Petition, Petitioner is currently confined at Coyote Ridge Corrections Center ("CRCC") in Connell, Washington. *See* Dkt. 6. The Superintendent of CRCC is Jeffrey A. Uttecht.

Accordingly, the Clerk of Court is directed to substitute Jeffrey A. Uttecht as the Respondent in this action. The Clerk of Court is also directed to update the case title.

Dated this 4th day of June, 2019.

David W. Christel
United States Magistrate Judge