UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HARRY K. WAYMOTH III,<br><br>    Petitioner,<br><br> v.<br><br>JEFFREY A. UTTECHT,<br><br>    Respondent. | CASE NO. C19-5418 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Petitioner's petition for habeas corpus, Dkt. 6, is **DISMISSED without prejudice** for failure to exhaust;

(3) A certificate of appealability is **DENIED**; and

(4) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 26th day of September, 2019.

              _____
              BENJAMIN H. SETTLE
              United States District Judge

ORDER - 1